MUTUAL LIFE INSURANCE COMPANY OF NEW YORK,
Plaintiff, vs. THE STATE, Defendant.

*November 13, 1926—March 9, 1927.*

This case is ruled by *New York Life Ins. Co. v. State, ante,* p. 404.

THIS IS AN ORIGINAL ACTION against the State brought by the *Mutual Life Insurance Company of New York* to recover a portion of the license fees paid by it as a foreign corporation in order to secure a license to do business in Wisconsin. Plaintiff made a motion for judgment on the pleadings and on an agreed state of facts. *Motion denied.*

For the plaintiff there was a brief by *Miller, Mack & Fairchild* of Milwaukee, attorneys, and *Frederick L. Allen* of New York City, of counsel, and a reply brief by *Miller, Mack & Fairchild,* and oral argument by *J. G. Hardgrove* of Milwaukee.

For the defendant there was a brief by the *Attorney General* and *T. L. McIntosh,* assistant attorney general, and oral argument by *Mr. McIntosh.*

The following opinion was filed December 7, 1926:

STEVENS, J. While the facts in this case are not identical with those presented in the case of *New York Life Insurance Co. v. State, ante,* p. 404, 211 N. W. 288, the case presents identically the same questions of law that were held to be controlling in that case.

*By the Court.*—The motion of the plaintiff for judgment is denied without costs. The plaintiff to pay the fees of the clerk of this court.

ESCHWEILER, J., dissents in part.

A motion for a rehearing was denied, with $25 costs, on March 9, 1927.